UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Judith Tompson</u>

       v.                                           Civil No. 16-cv-488-JL

<u>Lancelot Court Condominium Association</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 16, 2017.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: March 31, 2017

cc:   Judith Tompson, pro se